ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Tetra Tech Tesoro, Inc. | ) ASBCA Nos. 61209, 61210, 61211 |
| | ) 61212, 61213, 61214 |
| | ) |
| Under Contract No. N40085-09-D-5027 | ) |

APPEARANCES FOR THE APPELLANT: Neil S. Lowenstein, Esq.
Anthony J. Mazzeo, Esq.
Vandeventer Black LLP
Norfolk, VA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
David B. Stinson, Esq.
Trial Attorney

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: December 19, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61209, 61210, 61211, 61212, 61213, 61214, Appeals of Tetra Tech Tesoro, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals